No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.

In the Matter of PADEREWSKI FOUNDATION, INC., on the Petition of DOROTHY T. FALES, et al., Appellants, v. GEORGE J. SUSKI et al., Respondents.—

No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.

DOROTHY T. FALES et al., Appellants, v. EDWARD S. WITKOWSKI et al., Respondents, et al., Defendants.—

No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.

In the Matter of PADEREWSKI FOUNDATION, INC., on the Petition of DOROTHY T. FALES et al., Appellants, v. GEORGE J. SUSKI et al., Respondents.—

No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.

In the Matter of PADEREWSKI FOUNDATION, INC., on the Petition of LEON ZAWISZA, Respondent. PADEREWSKI FOUNDATION, INC., et al., Appellants.

No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.

DOROTHY T. FALES et al., Plaintiffs-Appellants, v. EDWARD S. WITKOWSKI et al., Respondents, et al., Defendants.— Appeal

No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.

In the Matter of PADEREWSKI FOUNDATION, INC., on the Petition of LEON ZAWISZA, Respondent. PADEREWSKI FOUNDATION, INC., et al., Appellants.

No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.

DOROTHY T. FALES et al., Appellants, v. EDWARD S. WITKOWSKI et al., Respondents, et al., Defendants —